UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NEW STAR ENTERPRISES, INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>NEW STAR REALTY & INVESTMENT CORP., a Virginia corporation; MOON SUK OH a/k/a CHARLES OH, an individual; KYUNG SOON OH a/k/a SUSAH OH, an individual; and DOES 1-10, inclusive,<br><br>  Defendants. | Case No.: CV 17-7270-DMG (FFMx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE [37]** |

Plaintiff New Star Enterprises, Inc. ("Plaintiff"), on the one hand, and defendants New Star Realty & Investment Corp., Moon Suk Oh a/k/a Charles Oh, and Kyung Soon Oh a/k/a Susan Oh (collectively, "Defendants"), on the other hand, have negotiated and agreed to a settlement of their dispute. Accordingly, the above-captioned action is dismissed with prejudice as to all claims asserted by Plaintiff against Defendants, with each side to bear its own fees and costs.

The Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement, which, *inter alia*, requires Defendants to cease any and all use of Plaintiff's NEWSTAR trademarks and change its corporate name by June 30, 2018.

IT IS SO ORDERED.

DATED: January 23, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE